IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Donna M. Poole, et al
    Plaintiff

v.      Civil Action No. 16-cv-492 PX

United States of America
    Defendant

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 17th day of June, 2016, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss filed by the United States (ECF No. 7) BE, and the same hereby IS, GRANTED; and

2. The complaint BE, and the same hereby IS, DISMISSED; and

3. The clerk will transmit copies of the Memorandum Opinion and Order to counsel for the parties and CLOSE this case.

_____
PAULA XINIS
United States District Judge